**Saida ALSARAS, Plaintiff–Appellant,**

v.

**DOMINICK'S FINER FOODS, INCORPORATED, Defendant–Appellee.**

No. 01–3016.

United States Court of Appeals, Seventh Circuit.

Submitted April 19, 2002.

Decided June 24, 2002.

Before BAUER, KANNE, EVANS, Circuit Judges.

## ORDER

This case comes before the court for the second time. The court has carefully reviewed the final order of the district court, the record on appeal and the parties' briefs. Based on this review, the judgment of the district court is summarily AFFIRMED.